In the Matter of the Accounting of WILLIAM VANDER ROEST et al., as Executors of and Trustees under the Will of WILLIAM G. VANDER ROEST, Deceased, Respondents.

EDWARD J. VANDER ROEST et al., Appellants.

*Matter of Vander Roest,* 175 App. Div. 941, affirmed.
(Argued February 27, 7917; decided March 13, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 14, 1916, which affirmed a decree of the Westchester County Surrogate's Court construing the will of William G. Vander Roest and settling the accounts of his executors and trustees. Testator by his will gave his real and personal estate to trustees to pay the income to his wife during her life or widowhood and at her death or remarriage divide the principal " among my surviving children — share and share alike." A son who was living at the death of the testator predeceased his mother, leaving children who survived the latter. The question was whether they were entitled to their father's share of the trust fund. The surrogate determined that under the will of the deceased the remainder was contingent and not vested in his children living at his death, and the only persons who were entitled to share in the distribution of the estate were the children of the testator who survived the life tenant.

*Milo J. White* for appellants.

*Frederick L. Drescher* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.